**Order entered November 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01206-CV

### IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02268-1**

## ORDER

The reporter's record is overdue.  By letter dated November 7, 2019, the court reporter informed the Court that no hearings were conducted in the underlying proceeding.  Accordingly, we **ORDER** appellant to file her brief on the merits **within thirty days** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE